**SHUMWAY VAN**
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: garrett@shumwayvan.com
*Attorneys for PlusFour, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESTELA RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SERVICES, INC. EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and PLUSFOUR, INC.<br><br>Defendants. | Case No.: 2:20-cv-00566-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PLUSFOUR INC. TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, ESTELA RAMIREZ ("Plaintiff") and Defendant PLUSFOUR, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On March 23, 2020, Plaintiff filed his Complaint. Defendant, PLUSFOUR, INC, in the United States District Court, District of Nevada, titled *Estela Ramirez v. PlusFour, Inc.,* Case No. 2:20-cv-00566.

2. PlusFour, Inc was served the Plaintiff's Complaint on March 31, 2019 through a registered agent and acknowledged receipt of service.

3. Defendant PlusFour's deadline to answer was April 21, 2020.

4. Based on Governor Sisolak's declaration of a public health state of emergency in Nevada as a result of COVID-19, and the accompanying directive for non-essential businesses to shut down, PlusFour, Inc. has suspended operations.

5. In light of the COVID-19 pandemic and office closings, PlusFour, Inc. and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff.

1 Accordingly, the parties agree to grant PlusFour, Inc. an initial extension of the deadline to respond 2 to Plaintiff's Complaint to May 27, 2020.

3     6. This Stipulation is made in good faith, not for the purposes of delay, and granting it will 4 not prejudice any party. This extension of time will allow PlusFour, Inc. time to investigate the 5 allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its 6 response. This is Defendant PlusFour's first request for an extension of time.

7     7. On April 24, 2020, PlusFour, Inc.'s counsel conferred with Plaintiff's counsel regarding 8 the basis for this request and its need for an extension. Plaintiff's counsel had not objections and 9 approved for a 30 day extension to the request.

10 . . .
11 . . .
12 . . .
13 . . .
14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

1  WHEREAS, the parties hereby stipulate and agree, pursuant to LR IA 6-2, , that Defendant PlusFour's time to answer, move or otherwise respond to Plaintiff's Complaint in this action is extended through and including **May 27, 2020.**

| Dated this 30th day of April 2020. | Dated this 30th day of April 2020 |
|---|---|
| **SHUMWAY VAN** | **KIND LAW** |
| By:   /s/ Garrett R. Chase<br>Garrett R. Chase, Esq.<br>Nevada Bar No. 14498<br>8985 S. Eastern Avenue<br>Suite 100<br>Las Vegas, Nevada 89123<br>Phone: (702) 478-7770<br>Email: garret@shumwayvan.com<br>*Attorneys for Co-Defendant*<br>*PlusFour, Inc* | By:   /s/   Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway<br>Suite 106<br>Las Vegas, Nevada 89123<br>Phone: (702) 337-2322<br>Email: mk@kindlaw.com<br><br>**HAINES & KRIEGER, LLC**<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br>Phone: (702) 880-5554<br>Email: ghaines@hainesandkrieger.com<br>*Attorneys for Plaintiff*<br>*Estela Ramirez* |

**IT IS SO ORDERED**

**DATED: May 01, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

**SHUMWAY VAN**


 By:  /s/ Garrett R. Chase
Garrett R. Chase, Esq.
Nevada Bar No. 14498
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Phone: (702) 478-7770
Email: garret@shumwayvan.com
*Attorneys for Defendant*
*PlusFour, Inc.*