George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff, ESTELA RAMIREZ*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ESTELA RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> PLUSFOUR, INC. <br><br> Defendant. | Case No. 2:20-cv-00566-GMN-BNW <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLUSFOUR, INC.** |

Plaintiff ESTELA RAMIREZ and Defendant, PLUSFOUR, INC, hereby stipulate and agree that the above-entitled action shall be dismissed *with prejudice* in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, PLUSFOUR, INC.**

////
////
////
///
///
///
///
///
///

Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: November 9, 2020

| By: | By: |
|---|---|
| /s/*George Haines, Esq.* | /s/*Garrett R. Chase, Esq.* |
| George Haines, Esq. | Garrett R. Chase, Esq. |
| Nevada Bar No. 9411 | Nevada Bar No. 14498 |
| FREEDOM LAW FIRM, LLC | SHUMWAY VAN |
| 8985 S. Eastern Avenue | 8985 S. Eastern Avenue |
| Suite 350 | Suite 100 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89123 |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| ESTELA RAMIREZ | PLUSFOUR, INC. |

## **ORDER**

IT IS SO ORDERED.

Dated this __9__ day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT